■ JOSEPH KOENIG, Appellant, v DEPARTMENT OF TAXATION AND FINANCE OF THE STATE OF NEW YORK, Respondent.—Judgment, Supreme Court, New York County, entered on August 9, 1976, unanimously affirmed on the opinion of Fein, J., at Special Term. Respondent-respondent shall recover of petitioner-appellant $60 costs and disbursements of this appeal. Concur—Stevens, P. J., Kupferman, Murphy, Silverman and Markewich, JJ.

■ CONTINENTAL INSURANCE COMPANY, Respondent, v EDWARD E. BREGER, Appellant.—Order, Supreme Court, New York County, entered on July 19, 1976, unanimously affirmed for the reasons stated by Saypol, J., at Special Term. Respondent shall recover of appellant $60 costs and disbursements of this appeal. Concur—Birns, J. P., Capozzoli, Lane and Nunez, JJ.